UNITED STATES, Appellee

v

JAMES B. WHEAT, Private First Class,
U. S. Army, Appellant

19 USCMA 491, 42 CMR 93

No. 22,912

June 5, 1970

*Colonel Daniel T. Ghent, Captain Robert B. Harrison, III,* and *Captain Bernard J. Casey* were on the pleadings for Appellant, Accused.

*Major Edwin P. Wasinger* was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

On December 16, 1969, the appellant was tried and convicted of an assault with intent to commit rape perpetrated October 5, 1969. For sentence purposes evidence of prior Article 15 punishment was received in evidence as a matter in aggravation. This procedure is in accordance with the provisions of paragraph 75d, Manual for Courts-Martial, United States, 1969 (Revised edition), effective August 1, 1969. The evidence is therefore admissible. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970). The decision of the Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth is my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).